**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | **CASE NUMBER 4:14-CR-00021-ALM** |
| **v.** § | |
| § | |
| § | |
| § | |
| **JOHN ANTHONY WORTHAM** § | |

**REPORT & RECOMMENDATION OF**
**UNITED STATES MAGISTRATE JUDGE**

On July 26, 2024, the court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant John Anthony Wortham. The government was represented by Jim Noble, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Ken Hawk, Federal Public Defender.

Defendant originally pled guilty to the offense of Receipt of Child Pornography, a Class C felony. This offense carried a statutory maximum imprisonment term of 20 years. The guideline imprisonment range, based on a total offense level of 34 and a criminal history category of I, was 151 to 188 months. On October 9, 2014, U.S. District Judge Marcia Crone of the Eastern District of Texas sentenced Defendant to 151 months in prison, followed by 10 years of supervised release subject to the standard conditions of supervised release, plus special conditions to include weapons restriction, DNA requirements, mandatory drug testing, sex offender registration, mental health treatment, sex offender treatment & testing, restrictions on contact with minors, restrictions on computers and internet, computer monitoring software compliance, restrictions from gaming consoles and social media, restrictions from digital camera equipment, restrictions from sexually

explicit material, sex offender search requirement, and financial disclosure for computer monitoring compliance. On October 3, 2023, Defendant completed his period of imprisonment and began service of the supervision term. On March 2, 2023, the case was reassigned to U.S. District Judge Amos Mazzant of the Eastern District of Texas.

Under the terms of supervised release, Defendant was prohibited from having contact with minor children unless supervised by an adult approved by the probation officer. In its petition, the government alleges that Defendant violated his conditions of supervised release on July 18, 2024, when Defendant admitted to having unauthorized contact with his two minor grandchildren on multiple occasions since his release in October 2023.

If the court finds by preponderance of the evidence that Defendant violated the conditions of supervised release referenced above, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon finding of a Grade C violation, the court may (A) revoke supervised released, or (B) extend the term of supervised release and/or modify the conditions of supervision. U.S.S.G. § 7B1.3(a)(1). Considering Defendant's criminal history category of I, the Guideline imprisonment range for a Grade C violation is 3 to 9 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to the Grade C violation of the conditions of supervision referenced above. In exchange, the government recommended to the court a sentence of 6 months with 10 years of supervised release to follow.

The court therefore **RECOMMENDS** that Defendant John Anthony Wortham's plea of true be accepted, and that he be sentenced to a term of imprisonment of 6 months with 10 years of supervised release to follow. The court further **RECOMMENDS** that Defendant serve his

sentence at FCI Seagoville, Texas, if available. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 26th day of July, 2024.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE