IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| § **CASE NO. 4:14-CR-21-ALM-AGD** | |
| **v.** § § § | |
| **JOHN ANTHONY WORTHAM (1)** § § § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court referred a petition alleging violations of supervised release conditions to United States Magistrate Judge K. Nicole Mitchell at Tyler, Texas, for consideration pursuant to applicable laws and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings, and all available evidence.

At the close of the May 20, 2025 revocation hearing, Defendant, defense counsel and counsel for the government signed a standard form waiving their right to object to the proposed findings and recommendations contained in the United States Magistrate Judge's Report, consenting to revocation of supervised release and consenting to the imposition of the sentence recommended in the Report. Defendant also waived his right to be present and speak before the District Judge imposes the recommended sentence. Therefore, the Court may act on the Report and Recommendation immediately.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the Report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that Defendant's plea of true to Allegation 1 in the petition is **ACCEPTED**. Based upon Defendant's plea of true to Allegation 1 in the petition, the Court finds that Defendant violated the conditions of his supervised release.  It is further

**ORDERED** that John Anthony Wortham's supervised release is **REVOKED**.  Judgment and commitment will be entered separately, in accordance with the Magistrate Judge's recommendations.  It is finally

**ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of 6 months to be followed by a 10-year term of supervised release with a special condition to include a 180-day term of community confinement.  The Court recommends service of sentence at FCI Texarkana.

**SIGNED** this 28th day of May, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE